ACCEPTED
03-17-00693-CV
21351690
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2017 1:32 PM
JEFFREY D. KYLE
CLERK

**NO. 03-17-00693-CV**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/18/2017 1:32:26 PM
JEFFREY D. KYLE
Clerk

**In the Court of Appeals for the
Third Supreme Judicial District
Sitting in Austin, Texas**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOHN KARL RUDOLPH, Appellant**

**V.**

**DEBRA ANN JAMIESON, Appellee**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**On Appeal From the 146th Judicial District Court
of Bell County, Texas
Cause Number 236,883-B**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE COURT OF APPEALS:

Now comes JOHN KARL RUDOLPH, Appellant, and files this, his First Motion for Extension of Time to File Appellant's Brief, and in support hereof would respectfully show the Court the following:

1.      This is an appeal from an order that was signed by the trial court on July 26, 2017.  Appellant filed a Motion to Correct and/or Reform Court Order on August 24, 2017, and then his Notice of Appeal on October 23, 2017.

2.     Appellant's Brief is due to be filed today, December 18, 2017.

3.     Appellant hereby requests an extension of time to file his Appellant's Brief until January 8, 2018, a period of an additional 21 days.

4.     As grounds for this extension of time, Appellant would show that the undersigned counsel has been diligent in his efforts to timely complete and file said Brief. However, due to Appellant's attorney's heavy case load and related emergencies and trial court deadlines, as well as Appellant's attorney's philanthropic commitments, Appellant's attorney has been prevented from completing the Appellant's Brief that is due today, December 18, 2017.

5.     For these reasons, Appellant's counsel is unable to file Appellant's Brief in the instant cause by the December 18, 2017 deadline, and respectfully requests an extension of time to file Appellant's Brief until January 8, 2018.

6.     This request for extension is sought not for delay, but that justice may be done.

7.     Appellant's attorney has attempted to confer with Appellee's attorney on this issue, but no response has been received.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion and enter its Order granting Appellant an extension to file his Appellant's Brief

N:\Higdon\Appeals\RudolphJohnK-GraceWilhelm-116-R12-BellCty\3rd Ct App - Austin\Appellant's Mot For Ext of Time to File App's Brief-20171218.docx

2

to January 8, 2018, and for such other and further relief to which Appellant may be justly entitled.

Respectfully submitted,

HIGDON, HARDY & ZUFLACHT, L.L.P.
12000 Huebner Road, Suite 200
San Antonio, Texas 78230-1210
Telephone:     (210) 349-9933
Telecopier:     (210) 349-9988
Email:  jnhigdon@hhzlaw.com


By:_____/s/ James N. Higdon_____
        JAMES N. HIGDON
        TSB#09590500
ATTORNEYS FOR JOHN KARL RUDOLPH


## Certificate of Service

I certify that a true copy of this First Motion for Extension of Time to File Appellant's Brief has been served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:                          DEBRA ANN JAMIESON
Lead attorney:              M. Bryon Barnhill
Address of service:        331 Indian Trail, Suite 101, Harker Heights, TX 76548
E-mail Address:           chandler@barnhillfirm.com
Method of service:       E-mail as above and fax to 254-690-4411
Date of service:           December 18, 2017


        _____/s/ James N. Higdon_____
        JAMES N. HIGDON
        Attorney for John Karl Rudolph

N:\Higdon\Appeals\RudolphJohnK-GraceWilhelm-116-R12-BellCty\3rd Ct App - Austin\Appellant's Mot For Ext of Time to File App's Brief-20171218.docx

3